United States District Court
Northern District of West Virginia
Martinsburg Division

| | |
|---|---|
| Troy McCumbee,<br><br>*On behalf of himself and those similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>M Pizza, Inc.; Michael Clise; Margaret Clise; Robert Clise; Doe Corporation 1-10; John Doe 1-10,<br><br>    Defendants. | Case No. 3:22-cv-128<br><br>Judge Gina M. Groh |

Stipulation of Dismissal

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Parties, by and through counsel, hereby stipulate to dismissal of all claims asserted in this action with prejudice with each party to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Walt Auvil_____ | *Mark J. McGhee (via email permission)* |
| Walt Auvil (WV Bar No. 190) | Mark J. McGhee (WV Bar #9016) |
| Kirk Auvil (WV Bar No. 12953) | **Flaherty Sensabaugh Bonasso PLLC** |
| The Employment Law Center PLLC | 200 Capitol Street |
| 1208 Market Street | P.O. Box 3842 |
| Parkersburg, WV 26101 | Charleston, WV 25338-3843 |
| Telephone: (304) 485-3058 | Telephone: (304) 347-3789 |
| Facsimile: (304) 485-6344 | mmcghee@flahertylegal.com |
| auvil@theemploymentlawcenter.com | |
| theemploymentlawcenter@gmail.com | Matthew R. Korn (*admitted pro hac vice*) |
| | **Fisher & Phillips LLP** |

| | |
|---|---|
| and<br><br>Andrew R. Biller (*admitted pro hac vice*)<br>Andrew P. Kimble (*admitted pro hac vice*)<br>Laura E. Farmwald (*admitted pro hac vice*)<br>Biller & Kimble, LLC<br>8044 Montgomery Rd., Ste. 515<br>Cincinnati, OH 45236<br>Telephone: (513) 715-8712<br>Facsimile: (614) 340-4620<br>*abiller@billerkimble.com*<br>*akimble@billerkimble.com*<br>*lfarmwald@billerkimble.com*<br><br>www.billerkimble.com<br><br>*Counsel for Plaintiff* | 1320 Main Street, Suite 750<br>Columbia, SC 29201<br>Telephone: (803) 740-7652<br>mkorn@fisherphillips.com<br><br>*Counsel for Defendants* |